15782.   FREEMAN *v.* CALVERT MORTGAGE COMPANY.

The evidence demanded the verdict directed by the court.
Exception to the overruling of the demurrer could not properly be taken in a motion for a new trial.

DECIDED NOVEMBER 13, 1924.

Complaint; from Laurens superior court—Judge Kent.   June 21, 1924.

*E. N. Freeman,* for plaintiff in error.

*I. S. Chappell,* contra.

LUKE, J.   1.   The evidence demanded a verdict for the plaintiff, for principal, interest, and attorney's fees provided for in the notes sued on, and the court properly directed the jury so to find.

2.   The ground of the motion for a new trial which complains of the judgment sustaining a demurrer to the defendant's answer can not be considered, for the reason pointed out in *Southern Ry. Co.* v. *Cook,* 106 *Ga.* 450 (1) (32 S. E. 585), and cases cited.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

---

15784.   SISTRUNK *v.* THE STATE.

LUKE, J.   In view of the note of the trial judge in certifying to the bill of exceptions, no error is shown upon the trial of the case.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED NOVEMBER 13, 1924.

Conviction of cheating and swindling; from city court of Fairburn—Judge Parker.   June 9, 1924.

*J. E. Sistrunk,* for plaintiff in error.

*E. C. Hogan, solicitor,* contra.